IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREESE AND NICHOLS, INC. | § § § | |
| *PLAINTIFF AND CROSS-DEFENDANT.* | § § | |
| V. | § § | CASE NO. 4:22-CV-0051 |
| ENVIGO RMS HOLDING CORP. AND ENVIGO GLOBAL SERVICES, INC. | § § § § | |
| *DEFENDANTS AND CROSS-PLAINTIFFS.* | § | |

## CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Freese and Nichols, Inc. ("FNI" or "Plaintiff" or "Cross-Defendant")) who hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Freese and Nichols, Inc.
   a. a Texas corporation with its principal offices located at 801 Cherry St Suite 2800, Fort Worth, TX 76102

2. Envigo RMS Holding Corp.
   a. a Delaware corporation with its principal place offices located at 8520 Allison Pointe Blvd., Suite 400, Indianapolis 46250

3. Envigo Global Services, Inc.
   a. a Pennsylvania corporation with its principal place offices located at 310 Swamp Bridge Road, Denver, Pennsylvania 17517

None of the above listed companies are publicly traded.

        **Respectfully submitted,**

        **FISK ATTORNEYS, P.C.**

By: _____
        **JAMES B. PRUDEN**
        State Bar No. 24090822
        jpruden@fiskattorneys.com
        2711 N. Haskell Ave.
        Suite 1550 − LB 10
        Dallas, TX  75204
        214/638-3744 - Telephone
        214/638-5105 - Facsimile

        **ATTORNEY FOR PLAINTIFF**
        **FREESE AND NICHOLS, INC.**

## CERTIFICATE OF SERVICE

Pursuant to Rule 21 of the TEX. R. CIV. P. and Rule 5 of the Fed. R. Civ. P., I hereby certify that on January 21, 2022 , I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the CM/ECF system. The CM/ECF system will send a Notice of Electronic Filing to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Additionally, the document was served via mail to:

Tynan Buthod,
Katherine Brooker
BAKER BOTTS, L.L.P
910 Louisiana Street;
Houston, Texas 77002-4995
Telephone: (713) 229-1912
Facsimile: (713) 229-2712

**COUNSEL FOR DEFENDANT**
**ENVIGO RMS HOLDING CORP. AND ENVIGO GLOBAL SERVICES**

_____
**JAMES B. PRUDEN**