United States District Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **FREESE AND NICHOLS, INC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-00051** |
| | § | |
| **ENVIGO RMS HOLDING CORP,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL

Plaintiff Freese and Nichols, Inc. has filed an Unopposed Notice of Voluntary Dismissal. (Doc. 24.) In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims in this federal action are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 9, 2022.

Keith P. Ellison
United States District Judge